# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Colonna's Shipyard, Inc. ) | ASBCA Nos. 59336, 60389 |
| ) | |
| Under Contract No. N50054-13-C-1304 ) | |

APPEARANCES FOR THE APPELLANT:        James A. Kelley, Esq.
                                      James A. Kelley & Associates
                                      Washington, DC

                                      Donald C. Holmes, Esq.
                                      Holmes, Pittman & Haraguchi, LLP
                                      Greensboro, MD

APPEARANCES FOR THE GOVERNMENT:       Ronald J. Borro, Esq.
                                      Navy Chief Trial Attorney
                                      Robyn L. Hamady, Esq.
                                      Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 14 November 2017

DONALD E. KINNER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59336, 60389, Appeals of Colonna's Shipyard, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals